

CHIESA SHAHINIAN & GIANTOMASI PC

11 Times Square, 34th Floor, New York, NY 10036
csglaw.com

ADAM P. FRIEDMAN
afriedman@csglaw.com

O  973.530.2029     F  973.530.2229

April 4, 2023

**Application granted in part**.  The initial pretrial conference scheduled for April 12, 2023, is adjourned to **April 19, 2023, at 4:00 P.M.**  At that time, the parties shall call 888-363-4749 and use the access code 558-3333.  The deadline for the parties to file the joint letter and proposed civil case management plan and scheduling order is extended to **April 12, 2023, at 12:00 P.M.**  The Court does not typically adjourn the initial pretrial conference pending the filing of an answer or other response to the Complaint.

Dated:  April 5, 2023
         New York, New York

*Lorna G. Schofield*
UNITED STATES DISTRICT JUDGE

<u>*Via ECF*</u>

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

Re:   <u>Arbelaez v. Electronic Interface Associates, Inc.</u>
      Docket No.: 23 Civ. 69 (LGS)

Dear Judge Schofield:

    We represent Great Midwest Insurance Company, a defendant in this action.  This letter is sent on behalf of, and with the consent of, all parties, and requests an adjournment of the initial conference, which is currently scheduled for April 12.

    On March 27, the plaintiffs filed a Second Amended Complaint.  Pursuant to the Stipulation in which the defendants consented to the filing thereof, responses to the Second Amended Complaint are due on April 17.

    Because the defendants will not have answered by April 12, the parties jointly request that the initial conference be adjourned for (approximately) two weeks, to a date after April 25, which would allow us to file the joint letter not earlier than April 18 – after all of the defendants have answered.

    There have not been any previous requests for an adjournment of the initial conference.  As mentioned above, this request is made by and on behalf of all parties.

    Thank you for your consideration of this request.

                          Respectfully,

                          */s Adam P. Friedman*

cc:   all counsel (via ECF)

NEW JERSEY     NEW YORK