UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
HANS ARBELAEZ, et al.,
                          Plaintiffs,

-against-

ELECTRONIC INTERFACE ASSOCIATES, INC., et al.,
                          Defendants.
------------------------------------------------------------X

23 Civ. 69 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on October 19, 2023, the Court was informed that the parties have reached a settlement agreement in principle. It is hereby

**ORDERED** that, by **November 3, 2023**, the parties shall submit: (*i*) the settlement agreement to the Court; and (*ii*) a joint letter with supporting evidence addressing the findings this Court must make in order to approve the settlement as fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015*), cert. denied*, 136 S. Ct. 824 (2016); *Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012) (outlining factors district courts have used to determine whether a proposed settlement is fair and reasonable). It is further

**ORDERED** that all conferences and trial are **CANCELED**.

Dated: October 20, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**