```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
  HANS ARBELAEZ, et al.,                                     :
                                                             :
                              Plaintiffs,    :   23 Civ. 69 (LGS)
                                                             :
              -against-                      :   ORDER
                                                             :
  ELECTRONIC INTERFACE ASSOCIATES,           :
  INC., et al.,                                              :
                                                             :
                              Defendants.    :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the parties have moved for approval of a proposed settlement agreement. It is hereby

**ORDERED** that the motion is DENIED, and the parties may proceed with settlement without Court approval. Because Plaintiffs' claim under the Fair Labor Standards Act was reasonably and voluntarily dismissed as moot, review and approval of the settlement of the remaining claims is unnecessary under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

The Clerk of Court is respectfully directed to close the case.

Dated: November 30, 2023
       New York, New York

                                             *[signature]*
                                             **LORNA G. SCHOFIELD**
                                             **UNITED STATES DISTRICT JUDGE**